Richard W. Gilliam, plaintiff in error, v. Florence F. Gilliam, defendant in error. Gen. No. 33,686.

Opinion filed January 27, 1930.

Samuel J. Andalman, for plaintiff in error. Schuyler, Weinfeld & Parker, for defendant in error; Howard D. Moses and Henry E. Jacobs, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

John Mallinger, appellee, v. Carl H. Berggren and Anna Berggren, appellants. Gen. No. 33,694.

Opinion filed January 27, 1930.

Austin L. Wyman, for appellants. A. S. and E. W. Froehlich, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Stanislaw Lakomy, appellee, v. Frank Rozak and Josephine Rozak, appellants. Gen. No. 33,764.

Opinion filed January 27, 1930.

William Feldman, for appellants. John F. O'Toole, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Arthur J. Thomas, appellant, v. David Morgans, appellee. Gen. No. 33,777.

Opinion filed January 27, 1930.

Holland F. FlaHavhan, for appellant; Henry O. Nickel, of counsel. William L. Kelley and Edward McTiernan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.